**Elijah SHARP, Plaintiff—Appellant,**

v.

**ANTIOCH UNIVERSITY, Defendant—Appellee.**

No. 11–1025.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 3, 2011.

Elijah Sharp, Appellant Pro Se. John Stephen Wilson, Wilson & McIntyre, PLLC, Norfolk, Virginia, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elijah Sharp appeals the district court's order dismissing Sharp's complaint against

the Appellee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sharp v. Antioch Univ.*, No. 2:10–cv–00214–JBF–TEM (E.D.Va. Nov. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*